IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) CIVIL ACTION ) ) NO. 07 C 3175 |
| v. | ) ) JUDGE WAYNE R. ANDERSEN |
| LOUIS TUCKPOINTING, INC., an Illinois corporation, | ) ) ) |
| Defendant. | ) |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, LOUIS TUCKPOINTING, INC., an Illinois corporation, in the total amount of $206,260.90, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,388.75.

On June 12, 2007, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on July 2, 2007. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Beverly P. Alfon

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 11th day of March 2008:

> Mr. J. Brent Hopper, Registered Agent
> Louis Tuckpointing, Inc.
> 12 W 15th Street
> Chicago Heights, IL   60411
>
> Mr. Louis Farriols
> Louis Tuckpointing & Masonry Restoration, Inc.
> 9227 Gulfstream Road, Suite H
> Frankfort, IL   60423

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274450
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\52J\Louis Tuckpointing\motion for default and judgment.bpa.df.wpd